RONALD W. MEYER
Attorney at Law
5727 N. 7th STREET
SUITE 407
PHOENIX, ARIZONA 85014
(602) 279-1663
ATTORNEY I.D. #002299
Email: ronaldmeyerlaw@myexcel.com

Attorney for Plaintiff

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>RUBEN DIAZ<br><br>Debtor<br><br>GUILLERMINA ARVIDE and VICTOR JAVIER NIEVES RODRIGUEZ, a married couple,<br><br>Plaintiffs,<br><br>vs.<br><br>RUBEN DIAZ,<br><br>Defendant. | Chapter 7<br><br>Case No. 2:16-bk-08654-DPC<br><br>Adv. Case No. 2:16-ap-00604<br><br>**STIPULATION TO DISMISS** |

COMES NOW, the Plaintiffs, Guillermina Arvide and Victor Javier Nieves Rodriguez, a married couple, by and through their attorney, Ronald W. Meyer, and The Defendant, Ruben Diaz, by and through his attorney Michael G. Helms of the Helms Law Group, PLC, and stipulate that the above matter be dismissed, with prejudice, with each party to bear its own costs and attorney's fees.

DATED this 16 day of March, 2018.

| HELMS LAW GROUP, PLC | LAW OFFICES OF RONALD W. MEYER |
|---|---|
| By: _/s/ Michael G. Helms_<br>MICHAEL G. HELMS<br>Attorney for Defendant | By: _/s/ Ronald W. Meyer_<br>RONALD W. MEYER<br>Attorney for Plaintiffs |